UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAQUAN PUGH,

        Plaintiff,                        Case No. 25-cv-11940
                                                      Hon. Linda V. Parker

v.

JOHN DOES 1-6, ET AL,

        Defendants.
_____/

## ORDER SUMMARILY DISMISSING CASE WITHOUT PREJUDICE

On June 27, 2025, this prisoner civil rights case filed by Michigan prisoner Taquan Pugh was transferred to this Court from the Western District of Michigan. (ECF No. 1.) Plaintiff did not pay the required filing fee in the Western District of Michigan, and his application to proceed in forma pauperis failed to include the necessary supporting documentation. (ECF No. 2.) The Court issued an Order to Correct Deficiency on July 7, 2025, informing Plaintiff of the documents that were missing from his application, and notifying him that if he did not correct his filing deficiency by August 8, 2025, the case may be dismissed. (ECF No. 5.)

Specifically, if a prisoner wishes to proceed in forma pauperis he must file a certified trust account statement and an affidavit of indigence. 28 U.S.C. §

1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *overruled on other grounds*, *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007); *LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).

Plaintiff did not respond to the order, and the time for doing so has now passed. In light of Plaintiff's failure to correct his filing deficiency, the complaint, filed under Case No. 25-cv-11940, is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *See* Fed. R. Civ. P. 41(b), *Erby v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

A dismissal without prejudice means that Plaintiff may refile his claims **as a new case** and proceed in forma pauperis if he provides the relevant documentation in that case. However, **this case, No. 25-cv-11940,** will not be reopened. *McGore*, 114 F.3d at 605. Further, for the reasons set forth in the Order of Transfer, any case involving the underlying facts at issue in this case should be filed in the Eastern District of Michigan.

**IT IS SO ORDERED.**

                                          s/ Linda V. Parker
                                          LINDA V. PARKER
                                          U.S. DISTRICT JUDGE

Dated: September 8, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 8, 2025, by electronic and/or U.S. First Class mail.

                                                  s/Aaron Flanigan
                                                  Case Manager